AO 450 (Rev. 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Asylum Seekers Trying to Assure Their Safety<br>*Plaintiff*<br>v.<br>Johnson, et al<br>*Defendant* | )<br>)<br>) Civil Action No. 23-163 (RCL)<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Defendant's Motion [33] to dismiss is granted. This matter is DISMISSED WITHOUT PREJUDICE. The Clerk of Court shall ENTER JUDGMENT for defendants and TERMINATE the case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Royce C. Lamberth  on a motion to Dismiss.

Date:  December 14, 2023                       ANGELA D. CAESAR, CLERK OF COURT

                                               *Signature of Clerk or Deputy Clerk*